[No. 19001-3-III. Division Three. November 2, 2000.]

LOREN K. SHARP, ET AL., *Appellants*, v. UNION STREET DEVELOPMENT COMPANY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-2-00629-9, Carolyn A. Brown, J., entered December 2, 1999. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18622-9-III. Division Three. November 2, 2000.]

ANTONIO GONZALEZ, *Appellant*, v. NEMESIO M. GUADARRAMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-2-01128-9, Evan E. Sperline, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 25126-4-II. Division Two. November 3, 2000.]

JAMES E. COWART, JR., ET AL., *Respondents*, v. PAN AMERICAN BANK, FSB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-10097-0, D. Gary Steiner, J., entered September 17, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Wang, JJ.

[No. 24858-1-II. Division Two. November 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRILL K. MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-00573-6, Leonard W. Kruse, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Wang, JJ.